**Motion to Abate Granted; Motion to Extend Time to File Appellant's Brief Denied as Moot; Abatement Order filed September 14, 2015**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00601-CV

_____

### In the Interest of N.S., a Child

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-03294J**

---

### ABATEMENT ORDER

This is an accelerated appeal from a judgment signed June 9, 2015, in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due September 8, 2015. No brief was filed. Appointed counsel Donald M. Crane has filed a motion to abate this appeal and a motion to extend time to file appellant's brief on the grounds appellant desires to proceed *pro se*. We grant appellant's motion to abate, deny appellant's motion to extend time to file a brief as moot, and enter the following order.

We ORDER the judge of the 314th District Court to immediately conduct a hearing to determine (1) whether appellant desires to continue this appeal; (2)

whether appellant desires to proceed *pro se*; and (3) whether to allow appointed counsel Donald M. Crane to withdraw and appellant to proceed *pro se*. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court **on or before September 24, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.